In the Matter of the Application of CHARLES V. KENISON and FANCHEON A. KENISON, Petitioners, for an Order of Certiorari against HARRY B. DECKER, as Mayor, CHARLES W. CYPHER and Others, Constituting the Board of Trustees of the Village of North Tarrytown, Westchester County, New York, and THOMAS

A. Quinn, as Village Clerk of the Village of North Tarrytown, Westchester County, New York, Respondents.— Motion for order of certiorari denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.